# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133294(61)

RICK BEAVERS,
        Plaintiff-Appellant,

v

BARTON MALOW COMPANY, JOMAR
BUILDING COMPANY, INC., SPILLIS
CARDELLA, DMJM, a/k/a DMJA, INC.,
and ROBERT SMITH,
        Defendants-Appellees.

SC: 133294
COA: 269007
Wayne CC: 03-309389-NO

_____

      On order of the Chief Justice, the motion by defendants-appellees for leave to file a reply brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2007

_____
Clerk